IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK JACOBS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 19-4615 |

## ORDER

**AND NOW**, this 28th day of April 2022, upon consideration pro se Plaintiff Derrick Jacobs's Motion for Leave to Amend Complaint (Doc. No. 58), Defendants City of Philadelphia, Christine Coulter, and Dennis Wilson's Response in Opposition (Doc. No. 59), and the Proposed Second Amended Complaint filed by Plaintiff (Doc. No. 60), it is **ORDERED** that Defendants shall file a supplemental response in opposition to Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 58), addressing whether the Proposed Second Amended Complaint (Doc. No. 60) contains sufficient information to warrant granting Plaintiff's Motion (Doc. No. 58). Defendants shall file their supplemental response by **May 12, 2022**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.