**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK JACOBS**, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA**, et al., | : | |
| | : | |
| Defendant, | : | NO. 19-4615 |
| | : | |

*ORDER*

AND NOW, TO WIT, on this 26th day of June, 2024, upon consideration of Defendant's motion to enforce settlement agreement, IT IS ORDERED that Defendant's motion is **GRANTED**.

**BY THE COURT:**

 *s/Scott W. Reid*
**SCOTT W. REID**
**U.S. MAGISTRATE JUDGE**

18