IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK JACOBS,

        Plaintiff,

v.

CITY OF PHILADELPHIA, et al.,

        Defendants.

CIVIL ACTION
NO. 19-4615

## ORDER

**AND NOW**, this 19th day of November 2024, upon consideration of Defendants' Motion to Enforce Settlement (Doc. No. 170), Plaintiff's Response in Opposition (Doc. No. 171), Defendants' Reply (Doc. No. 173), Defendants' Motion for Approval of the Settlement Agreement (Doc. No. 181), Magistrate Judge Scott W. Reid's Report and Recommendation (Doc. No. 184), Plaintiff's Objections to the Report and Recommendation (Doc. No. 185) and Defendants' Response to Plaintiff's Objections (Doc. No. 186), it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 184) is **APPROVED** and **ADOPTED**.

2. Defendants' Motion to Enforce Settlement (Doc. No. 170) is **GRANTED**.

3. Defendants' Motion for Approval of Settlement (Doc. No. 181) is **GRANTED**.

4. It is further **ORDERED** that Defendant City of Philadelphia shall provide Plaintiff by **December 3, 2024** with the Settlement Agreement exchanged on July 28, 2023 (see Doc. No. 170-8 at 2-9). As noted in the Court's Opinion dated November 19, 2024, the Settlement Agreement should be revised only to reflect that the date of payment shall be made within thirty (30) days after Plaintiff signs and returns the Settlement Agreement to

the City of Philadelphia. In addition, Defendant City of Philadelphia shall provide Plaintiff along with the Settlement Agreement the required tax forms.

5. It is further **ORDERED** that Plaintiff shall sign and deliver to counsel for Defendant the City of Philadelphia the revised Settlement Agreement and tax forms, both of which are referred to in Paragraph Four above, within **fourteen (14) days** after receipt by Plaintiff of the revised Settlement Agreement and tax forms. If Plaintiff or the City of Philadelphia fail to comply with this Order, sanctions may be imposed.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.